**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01699-CR

---

**DONALD RAY ATKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F10-31661-J**

---

## ORDER

Appellant's March 28, 2013 motion to supplement the reporter's record and to hold the briefing schedule in abeyance is **GRANTED IN PART**.

We **ORDER** Official Court Reporter Kimberly R. Xavier to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the plea hearing in this case conducted on April 7, 2011.

Appellant's brief shall be due thirty days after the supplemental reporter's record is filed.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Kimberly R. Xavier.

/s/     LANA MYERS
         JUSTICE